UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: ) CHAPTER 13 PROCEEDINGS
JAMES P. O'BOYLE )
) CASE NO. 17-20365 KL
            Debtor )

## AGREED IMMATERIAL MODIFICATION OF PLAN AND ORDER

Comes now Debtor, by counsel, Daniel W. Matern, and Chapter 13 Trustee, Paul R. Chael, on the above-captioned Chapter 13 case, and show the Court that on February 22, 2017, Debtor filed a Chapter 13 Plan.

The Debtor and the Trustee hereby stipulate to the following modification of said Plan which they deem to be immaterial, and which they hereby move the Court to approve without further notice and opportunity for hearing by creditors and parties in interest.

**Debtor will pay the Internal Revenue Service pursuant to the Proof of Claim on file.**

And the Court having examined said stipulated modification of the Plan, and being duly advised in the premises, finds that said proposed modification does not materially change the treatment of creditors, reduce the dividend to unsecured creditors, extend the time for payment to unsecured creditors, or affect the feasibility of the Plan, and that said proposed immaterial modification should be and is hereby approved without further notice or opportunity for hearing by any creditors, and that the holder of any claim or interest that has previously accepted or rejected the Plan, as the case may be, is deemed to have accepted the Plan as modified.

SO ORDERED.

Dated:_____

_____
Judge, U. S. Bankruptcy Court

Distribution:
Debtor
Debtor's Attorney
U. S. Trustee

EXAMINED AND APPROVED:

_/s/ Daniel Matern_____
Daniel W. Matern, Attorney for Debtor

_/s/ Amy J. Godshalk_____
Staff Attorney for Paul R. Chael, Trustee
Indiana Attorney No. 16806-64