UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

|   |   |
|---|---|
| In re: | : |
| | : |
| James Patrick O'Boyle | : Case No.:  17-20365 |
| | : Chapter 13 |
| Debtor. | : Judge Kent Lindquist |
| | : * * * * * * * * * * * * * * * * * * * * * |
| | : |

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY AND NOTICE OF OBJECTION DEADLINE WITH 30-DAY WAIVER (FIRST MORTGAGE) AND MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY**

The creditor, New Penn Financial LLC dba Shellpoint Mortgage Servicing, hereby moves the Court, pursuant to 11 U.S.C. § 362(d) and § 554, to lift the automatic stay and abandon from the estate the following real property:

   2276 Warrick Street, Lake Station, IN 46405, (hereinafter the "Property").

In support of the motion, the Creditor states the following:

   1.   James Patrick O'Boyle (hereinafter "Debtor") filed a Chapter 13 case on February 22, 2017, (hereinafter the "Petition Date").

   2.   As of the Petition Date, the Creditor was the holder of a claim secured by the Property, more particularly described in the Mortgage, a copy of which is attached as Exhibit "A".

   3.   The above described Mortgage was given to secure a promissory note, (hereinafter the "Note"), dated May 5, 2004 and made payable to the Creditor in the original sum of $50,000.00.  A copy of the Note is attached hereto as Exhibit "B".

1

17-035245_HCM1

4.	The Creditor perfected an interest in the Property, more particularly described in the Mortgage, recorded in Lake County Recordings Office on May 24, 2004.  Evidence of perfection is attached as Exhibit "A".

5.	The loan was modified as set forth in the Loan Modification Agreement attached as Exhibit "C".

6.	As of November 22, 2017, the outstanding principal of the Note was $57,784.00 and the outstanding interest was $4,533.27.  As of November 22, 2017, the approximate payoff of the loan in question, consisting of the outstanding principal, interest, escrow advances, fees and costs is $62,317.27.

7.	The Debtor is in default post-petition.  No post-petition payments have been made, therefore, a payment history is not attached.

8.	The Property is of inconsequential value and benefit to the estate.  Cause exists to lift the automatic stay under 11 U.S.C. § 362(d)(1) and/or 362(d)(2) for these reasons:

   a.	Debtor has no equity in the Property and the Property is not needed by the Debtor for its reorganization.  Creditor believes that the Property has a value of $20,000.00 based on the Debtor's Schedule A, which is attached hereto as Exhibit "D".  The balance on Creditor's first mortgage exceeds the value of the Property.  Based upon the lack of equity in the Property, Creditor asserts that the Property is burdensome and/or of inconsequential value and benefit to the estate.

   b.	The Creditor is not being adequately protected.  Per the Note and Mortgage, payments are applied to the last month due.  Based on the foregoing, Debtor has failed to make periodic payments to Creditor since March 1, 2017, which unpaid payments are in the aggregate amount of $3,758.13 through November 2017.  As of November 22, 2017, Debtor was to have made 9 post petition payments.  No payments have been made by Debtor since the filing of the petition.  Debtor is delinquent 9 post petition payments.

9.	The Creditor hereby waives the right under 11 U.S.C. § 362(e) to a hearing on this motion within thirty (30) days of the date it is filed. Creditor, by counsel, further prays that the fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(3) be waived.

10. Creditor, by counsel, further prays that Creditor's counsel be permitted to attend any hearings or conferences set pursuant to its Motion for Relief from Automatic Stay and Abandonment of Property filed on November 30, 2017, telephonically to minimize fees and costs and in light of travel distance for counsel.

**PLEASE TAKE NOTICE THAT** any objection must be filed with the Bankruptcy Clerk within fourteen (14) days of the date of this notice. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail or in person at:

>　**Hammond**
> 5400 Federal Plaza
> Room 2200
> Hammond, IN  46320

The objecting party must ensure delivery of the objection to the party filing the motion.

WHEREFORE, the Creditor moves the Court to enter an order lifting the automatic stay and abandoning the Property, and to allow Creditor's counsel to attend hearings or conferences set pursuant to its Motion for Relief from Automatic Stay and Abandonment of Property filed on November 30, 2017 telephonically, and granting such other relief as appropriate.

Creditor requests that further compliance with Federal Rule of Bankruptcy Procedure 3002.1 be waived as to Creditor in the within bankruptcy case upon entry of an Order granting relief from the automatic stay of Section 362.

>　　　　　　　Respectfully submitted,
>
>　　　　　　　  /s/ Adam B. Hall
>　　　　　　　Sarah E. Barngrover (28840-64)

Edward H. Cahill (0088985)
Adam B. Hall (0088234)
John R. Cummins (11532-10)
Amy E. Gardner (93532)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorney for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

17-035245_HCM1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from Automatic Stay and Abandonment of Property and Notice of Objection Deadline with 30-Day Waiver (First Mortgage) and Motion for Counsel to Appear Telephonically was served on the parties listed below via e-mail notification:

Nancy Gargula, 100 East Wayne Street, 5th Floor, South Bend, IN 46601-2349, 574-236-8105

Paul R. Chael, 401 West 84th Drive, Suite C, Merrillville, IN  46410

Miguel F. Martinez, Law Office of Moseley & Martinez, LLC, 1559 East 85th Avenue, Merrillville, IN  46410, mmartinez@mm-bklaw.com

Daniel W Matern, Law Office of Moseley & Martinez, LLC, 1559 East 85th Avenue, Merrillville, IN  46410, dmatern@mm-bklaw.com

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from Automatic Stay and Abandonment of Property and Notice of Objection Deadline with 30-Day Waiver (First Mortgage) and Motion for Counsel to Appear Telephonically was served on all parties listed on the attached creditor matrix via regular U.S. Mail, postage prepaid on November  6 , 2017.

/s/ Adam B. Hall

17-035245_HCM1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **James Patrick O'Boyle** | : | Case No.:  17-20365 |
| | : | Chapter 13 |
| Debtor. | : | Judge Kent Lindquist |
| | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

**STATEMENT IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY AND NOTICE OF OBJECTION DEADLINE WITH 30-DAY WAIVER (FIRST MORTGAGE) AND MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY**

1. Date Petition Filed: February 22, 2017

2. Plan confirmed?  Yes ___  No _X_.

3. If yes, Date Plan Confirmed _____.

4. Type of Collateral:  A. Residential Real Estate _X_; B. Nonresidential Real Estate ___;

   C. Motor Vehicle: Year _____, Model _____; D. Other

   (specify)_____.

5. Principal balance and accrued interest presently due: $62,317.27.

6. Advances made for insurance and/or taxes: Insurance $ _____; Taxes $ _____.

7. Postpetition payments to Movant are made: A. By Trustee _____; B. By Debtor _X_.

8. Total Postpetition Default to Movant Only: $ 3,758.13.

   A. No. of Months in default: 9;

   B. Monthly Plan Payment to Movant Only: $ 412.57.

   Date last postpetition payment received by Movant:

1

17-035245_HCM1

Last postpetition payment applied by Movant to payment due for: <u>November 1, 2017</u>

9. Estimated present value of Collateral: $20,000.00; Source or Basis: the Debtor's Schedule A.

10. Stay Relief is being requested pursuant to: A. _X_ §362(d)(1); B. _X_ §362(d)(2).

11. Has Debtor provided proof of insurance as to Collateral? Yes ___ No _X_.

Dated November 30, 2017

                                Respectfully submitted,

                                /s/ Adam B. Hall
Sarah E. Barngrover (28840-64)
Edward H. Cahill (0088985)
Adam B. Hall (0088234)
John R. Cummins (11532-10)
Amy E. Gardner (93532)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorney for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

17-035245_HCM1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0755-2<br>Case 17-20365-kl<br>Northern District of Indiana<br>Hammond Division<br>Wed Dec  6 11:02:02 EST 2017 | Asset Acceptance Llc<br>Po Box 1630<br>Warren, MI 48090-1630 | Asset Acceptance, LLC<br>28405 Van Dyke<br>Warren, MI 48093-7132 |
| Sarah E. Barngrover<br>Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | Bleeker Brodey & Andrews<br>9247 N Meridian Street<br>Suite 101<br>Indianapolis, IN 46260-1813 | CCSI<br>55 E 86TH AVE SUTIE A<br>MERRILLVILLE, IN 46410-6382 |
| Paul R. Chael<br>401 West 84th Drive<br>Suite C<br>Merrillville, IN 46410-6247 | City of Lake Station<br>Water & Sewer Dept<br>1969 Central Ave.<br>Lake Station, IN 46405-2059 | Custom Coll Srvs Inc<br>55 E 86th Ave Ste D<br>Merrillville, IN 46410-6265 |
| DiTech Financial, LLC<br>P.O. Box 6154<br>Rapid City, SD 57709-6154 | Ditech Financial, LLC<br>Attention: T120<br>7360 South Kyrene Road<br>Tempe, AZ 85283-4583 | Nancy J. Gargula<br>100 East Wayne Street, 5th Floor<br>South Bend, IN 46601-2349 |
| Gla Collection Co Inc<br>2630 Gleeson Ln<br>Louisville, KY 40299-1772 | Adam Bradley Hall<br>Manley Deas Kochalski<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | Hsbc/Rs<br>Po Box 9<br>Buffalo, NY 14240-0009 |
| Indiana Attorney General<br>302 W. Washington St. South<br>Fifth Floor<br>Indianapolis, IN 46204-4701 | Indiana Department of Revenue<br>100 North Senate Avenue, N240 MS108<br>Indianapolis IN 46204-2231 | Indiana Department of Revenue<br>Bankruptcy Section, N-203<br>100 North Senate<br>Room N240, MS 108<br>Indianapolis, IN 46204-2231 |
| Indiana Department of Revenue<br>PO Box 0595<br>Indianapolis, IN 46206-0595 | Indiana Employment Security Division<br>10 North Senate Street<br>Indianapolis, IN 46204-2201 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Komyattassoc<br>9650 Gordon Drive<br>Highland, IN 46322-2909 | Komyatte & Casbon, P.C.<br>9650 Gordon Drive<br>Highland, IN 46322-2909 | Kopka Pinkus Dolin & Eads, PC<br>9801 Connecticut Drive<br>Crown Point, IN 46307-7765 |
| Lake County Treasurer<br>Attention: Bankruptcy Clerk<br>2293 North Main Street<br>Crown Point IN 46307-1854 | Lake Superior Court<br>Cause No: 45C01-1502-MF-00018<br>2293 N Main Street<br>Crown Point, IN 46307-1854 | Lake Superior Court<br>Cause No: 45D08-1302-CC-00135<br>2293 N Main Street<br>Crown Point, IN 46307-1854 |
| Miguel F. Martinez<br>Law Office of Moseley & Martinez, LLC<br>1559 East 85th Avenue<br>Merrillville, IN 46410-8901 | Daniel W Matern<br>Law Office of Moseley & Martinez, LLC<br>1559 East 85th Avenue<br>Merrillville, IN 46410-8901 | Merrick Bk<br>Pob 9201<br>Old Bethpage, NY 11804-9001 |

```
Midland Credit Management, Inc. as agent for    Munster Radiology Group               Munster Radiology Group PC
Asset Acceptance LLC                             c/o Komyatte & Casbon, PC            P.O. Box 3248
Po Box 2036                                      9650 Gordon Drive                    Indianapolis, IN 46206-3248
Warren MI 48090-2036                             Highland, IN 46322-2909


James Patrick O'Boyle                            Ocwen Loan Servicing L               Ocwen Loan Servicing L
2276 Warrick St.                                 12650 Ingenuity Dr                   3451 Hammond Ave
Lake Station, IN 46405-2539                      Orlando, FL 32826-2703               Waterloo, IA 50702-5345


Office of the United States Attorney             Professional Recovery                (p)SNAP ON CREDIT LLC
5440 Federal Plaza                               7319 W Jefferson Blvd                950 TECHNOLOGY WAY
Suite 1500                                       Fort Wayne, IN 46804-6237            SUITE 301
Hammond, IN 46320                                                                     LIBERTYVILLE IL 60048-5339


(p)SPRINGLEAF FINANCIAL SERVICES                 St Mary Medical Center               St Mary Medical Center
P O BOX 3251                                     164 Bracken Parkway                  c/o Komyatte & Casbon, PC
EVANSVILLE IN 47731-3251                         Hobart, IN 46342-6789                9650 Gordon Drive
                                                                                      Highland, IN 46322-2909


United States Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530-0001
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Snap-On Credit Llc                               Springleaf Financial S
Po Box 506                                       6701 Broadway Ste 1a
Gurnee, IL 60031                                 Merrillville, IN 46410
```

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Internal Revenue Service                      (u)New Penn Financial LLC dba Shellpoint Mort    End of Label Matrix
P.O. Box 7346                                                                                     Mailable recipients    42
Philadelphia, PA 19101-7346                                                                       Bypassed recipients     2
                                                                                                  Total                  44
```