# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| In re: | : |
| | : |
| James Patrick O'Boyle | : Case No.: 17-20365 |
| | : Chapter 13 |
| Debtor. | : Judge Kent Lindquist |
| | : * * * * * * * * * * * * * * * * * * * * |
| | : |

## AGREED ORDER TO SETTLE OBJECTION TO CLAIM (DOCKET # 64)

This matter having come before the Court on the Debtor's Objection to the Notice of Post Petition Mortgage Fees of New Penn Financial LLC dba Shellpoint Mortgage Servicing, ("Movant") filed as Docket Number 64; the parties have come to an agreement for court approval:

1. Creditor filed a Notice of Post Fees on April 20, 2018, for attorney fees related to the filing of the Proof of Claim in the amount of $300.00 and property inspection fees for $78.00 for a total of $378.00.

2. The Debtors, by counsel, filed an Objection to the Notice of Post-Petition Mortgage Fees, on June 14, 2018, docket number 64 as the Debtor's believed the total amount of Creditors Notice of Post Fees to be excessive.

3. The parties agree that the amount total to be paid to Creditor will be 78.00 for the property inspection fees, Creditor will waive the fees associated with the Proof of Claim.

Submitted by:

  /s/ Sarah E. Barngrover
Sarah E. Barngrover (28840-64)
Edward H. Cahill (0088985)
Adam B. Hall (0088234)

1

17-035245_HAF

John R. Cummins (11532-10)
Amy E. Gardner (93532)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com


 /s/ Miguel F. Martinez
Miguel F. Martinez
Law Office of Moseley & Martinez, LLC
1559 East 85th Avenue
Merrillville, IN 46410
Telephone: 219-472-8391
Fax:
Email: mmartinez@mm-bklaw.com
Attorney for Debtor


 /s/ Paul R. Chael
Paul R. Chael
Chapter 13 Trustee
401 West 84th Drive
Suite C
Merrillville, IN 46410
Email:


SO ORDERED, this _____


_____
Kent Lindquist, Judge
United States Bankruptcy Court